UNITED STATES of America ex rel. WONG JIM TOY, Next Friend and Father of Wong Foon Gwock, Relator-Appellant, v. COMMISSIONER OF IMMIGRATION AT THE PORT OF NEW YORK, Respondent-Appellee.

No. 452.

Circuit Court of Appeals, Second Circuit.

July 6, 1937.

James C. Thomas, of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (Clarence W. Roberts, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

Jessie WEAVER et al., Appellants, v. JEFFERSON STATE BANK.

No. 10960.

Circuit Court of Appeals, Eighth Circuit.

Aug. 19, 1937.

R. Brown, of Creston, Iowa, for appellants.

E. G. Graham and Mr. O. W. Harris, both of Jefferson, Iowa, for appellee.

PER CURIAM.

Appeal dismissed at costs of appellants, but without taxation of any costs in favor of appellee, per stipulation of parties.

·Ex parte: In the Matter of Frances K. L. WILSON, Debtor, Appellant.

No. 4211.

Circuit Court of Appeals, Fourth Circuit.

June 21, 1937.

Geo. M. Beltzhoover, Jr., of Charlestown, W. Va., for appellant.

PER CURIAM.

Appeal denied. Order filed.

Fendall G. WINSTON, Jr., as Guardian, etc., et al., Appellants, v. FIRST NATIONAL BANK & TRUST COMPANY OF MINNEAPOLIS.

No. 11010.

Circuit Court of Appeals, Eighth Circuit.

Aug. 28, 1937.

Le Roy Bowen and James I. Best, both of Minneapolis, Minn., for appellants.

Clark R. Fletcher, James E. Dorsey, John Junell, Leavitt R. Barker, and Joseph H. Colman, all of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed with prejudice, but without costs to either party in this court, per stipulation of parties.